```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIEL FORTE,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :           16-cv-560 (VSB)
            -against-                                       :
                                                            :              **ORDER**
DETECTIVE BRIAN MCNELLIS, et al.,                           :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of my comments during the December 13, 2019 status conference, it is hereby:

ORDERED that discovery in this case is extended for sixty (60) days. The post-discovery conference scheduled for January 3, 2020 is adjourned to February 28, 2020 at 12:00 p.m.

The Clerk of Court is respectfully directed to terminate the open motions at Documents 142 and 144.

SO ORDERED.

Dated: December 13, 2019
       New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge