UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   16 Civ. 0560
DANIEL FORTE,
                          Plaintiff,

    -against-                                                  **ORDER**

DETECTIVE BRIAN MCNELLIS, et al.,

                            Defendants.

-------------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>

    Upon full discussion with counsel for the parties hereto and upon the consent of all parties, and it appearing that the files and records maintained by the Courts, Police Agencies, and the Office of the Westchester County District Attorney concerning the arrest of Plaintiff DANIEL FORTE on April 24, 2013 and the prosecution resulting

therefrom are material and necessary to the issues in this action it is hereby ORDERED that said files and records previously sealed pursuant to Section 160.50 of the Criminal Procedure Law be made available for inspection of and reproduction by counsel listed below and that all Courts, Police Agencies and the Office of the District Attorney of Westchester County in possession of said material shall, upon request and payment of appropriate fees, produce said materials to the following:

Lewis David Zirogiannis, Esq.
Nicole Lapsatis Lech, Esq.
Reed, Smith LLP
Attorneys for Plaintiff
599 Lexington Avenue
New York, New York 10022-7650
(212)-837-6000

Daniel Guillermo Saavedra, Esq.
Assistant Corporation Counsel
Special Federal Litigation
New York City Law Department
Attorneys for Defendants City of New York,
Detectives McNellis and Garrity
100 Church Street, Room 3-151
New York, New York 10007
(212)-356-0892

John J. Walsh, Esq.
Hodges Walsh & Burke, LLP
Attorneys for Defendants
The City of White Plains, Police Officers
Tallevi and Cunningham
55 Church Street, Suite 211
White Plains, New York
(914) 385-6000

It is further ORDERED that materials related to the work product of the Office of the District Attorney of Westchester County; materials reflecting testimony provided and exhibits viewed by a Grand Jury, if any; and Criminal History Reports, are NOT subject to disclosure pursuant to this Order.

It is further ORDERED that said records and materials as provided are subject to redaction of Social Security or taxpayer-identification numbers; dates of birth; and names of minor children; pursuant to Fed. R. Civ. P. 5.2, and Fed. R. Crim. P. 49.1, This requirement applies to all documents, including attachments.

**SO ORDERED:**

Dated: January 2, 2020
New York, New York

Vernon S. Broderick
United States District Judge