USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/31/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DANIEL FORTE,

                              Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                             Defendants.

------------------------------------------------------------------------ X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

16 CIV. 0560 (VSB)

**The Honorable Vernon S. Broderick, United States District Judge:**

Upon the application of defendants for leave to take the deposition of Plaintiff, DANIEL FORTE, an inmate within the New York State Department of Corrections and Community Supervision, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to FED. R. CIV. P. 30(a),

**IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of the Green Haven Correctional Facility, located at 594 New York Rt. 216, Stromville, New York 12582 ("the facility")[1] produce inmate DANIEL FORTE, DIN No. 14A2269, at an appropriate location within the facility, for the taking of his deposition on February 10, 2020, at 10:30 A.M., and for so long thereafter, from day to day, as the deposition continues; (2) that inmate DANIEL FORTE appear in such place as designated by the Superintendent or other official in charge of the facility so his deposition may be taken; and (3) that a Court Reporter designated by defendants be allowed to bring stenography equipment into the facility, at the above-referenced time in order to transcribe the deposition; and (4) that all counsel attending for

---

[1] This Order shall also apply to any other Superintendent or other official in charge of any New York State Correctional Facility to which plaintiff may be transferred during the pendency of this litigation.

the parties be permitted to bring into the facility laptop computers, cell phones, and/or tablets, to assist them in the conduct of the deposition.

Dated: New York, New York
       January 31    , 2020

_____
Vernon S. Broderick
United States District Judge