UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X          16 Civ. 0560 (VSB)
DANIEL FORTE,

                Plaintiff,

    -against-          [~~PROPOSED~~] **AMENDED ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

THE CITY OF NEW YORK, *et al.*,

                Defendants
-------------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>

    Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, it is hereby ordered that:

1. Motions for summary judgement shall be filed no later than **June 11, 2021**.

2. Opposition papers, if any, shall be filed no later than **July 30, 2021**.

3. Reply papers, if any, shall be filed no later than **August 27, 2021**.

SO ORDERED

The Clerk of Court is respectfully directed to terminate the open motions at Documents 185, 186, and 187.

Dated:  April 21, 2021
       New York, New York

                                                    Vernon S. Broderick, U.S. District Judge