```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
DANIEL FORTE,                                         :
                                                      :
                          Plaintiff,                  :
                                                      :         16-CV-560 (VSB)
          - against -                                 :
                                                      :              **ORDER**
                                                      :
CITY OF NEW YORK, et al.,                             :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiff's summary judgment opposition and related papers. The papers are dated September 13, 2021 and filed on October 7, 2021. (Docs. 213–15.) I previously ordered the parties to file summary judgement oppositions no later than September 13, 2021, replies no later than September 24, 2021. (See Doc. 211.) Given that Plaintiff is a *pro se* litigant currently located at a correctional facility, and that significant mail delays are not uncommon during this pandemic, I HEREBY accept Plaintiff's papers as timely. Because the deadline for Defendants to file reply papers has passed, IT IS HEREBY ORDERED that Defendants shall file their reply, if any, no later than October 22, 2021.

    SO ORDERED.

Dated: October 10, 2021
    New York, New York

*Vernon Broderick* (signature)
    Vernon S. Broderick
    United States District Judge