**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DANIEL FORTE,

                  Plaintiff,                  16 **CIVIL** 0560 (VSB)

    -against-                        <u>**JUDGMENT**</u>

THE CITY OF NEW YORK, et al.

                 Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2023, the motions for summary judgment of the NY Defendants and the WP Defendants are GRANTED, and Plaintiff's motion for summary judgment is DENIED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:**  New York, New York
          September 26, 2023

                                              **RUBY J. KRAJICK**
                                               **Clerk of Court**

                          **BY:**
                                              _____
                                                 **Deputy Clerk**