# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Daniel Forté

_____ Plaintiff
(List the full name(s) of the plaintiff(s)/petitioner(s))

16 cv 560 (VSB)( )

-against-

The City of New York, et. al

_____ Defendants
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2023

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 9/26/23 (date) but did not file a notice of appeal within the required time period because:

Plaintiff did not recieve this order until 10/1/23, and this facility was lockdown from 10/4/23 - 10/16/23, in which was unable to leave his cell, Plaintiff also endured (3) cell searches that left his paper work and personal effects disheveld, the last search being on 10/25/23.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: October 27, 2023

Signature: /s/ Daniel Forté

Name (Last, First, MI): Forté, Daniel L.

Address: Green Haven Corr. Fac. P.O. B...
City: 

Telephone Number: 

Rev. 3/27/15

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**

Because Plaintiff has shown "good cause," Fed. R. App. P. 4(a)(5), the deadline to file a notice of appeal in this case is hereby extended to November 3, 2023. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his current address.

Dated: November 7, 2023

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Daniel Foster    DIN: 14A2267

RECEIVED
NOV - 3 2023
PRO SE OFFICE

FIRST-CLASS MAIL
NEOPOST  10/31/2023  US POSTAGE $000.87⁰
ZIP 12582
041M11466606

ATTN: Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

ATTN: Legal-mail
10/27/23